## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> VALERIE IDLEBURG <br><br> Debtor(s) | Case No. 11-00574 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/07/2011.

2) The plan was confirmed on 04/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/06/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 05/06/2015.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $585.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,724.11 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$18,724.11** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $3,484.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $860.33 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,344.33** |

Attorney fees paid and disclosed by debtor:   $16.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL LABORATORIES | Unsecured | 330.20 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE HEALTH SOLUTIONS | Unsecured | 560.54 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 883.20 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 400.57 | 400.57 | 48.07 | 0.00 |
| AMERISTAR CASINO | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| AMERISTAR CASINO | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| AMERISTAR CASINO | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY ASS OF NW INDIANA | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Secured | 10,841.00 | 0.00 | 11,243.95 | 9,829.55 | 1,605.43 |
| CHASE AUTO FINANCE | Unsecured | 645.88 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 481.70 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 491.60 | 541.60 | 541.60 | 64.99 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 669.50 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 330.20 | 672.34 | 672.34 | 80.68 | 0.00 |
| CSI  Loan Express | Unsecured | 95.20 | 298.00 | 298.00 | 35.76 | 0.00 |
| DEPT OF TREASURY | Priority | 5,857.79 | NA | NA | 0.00 | 0.00 |
| ECARE | Unsecured | 381.95 | NA | NA | 0.00 | 0.00 |
| FAGEN PHARMACY | Unsecured | 36.73 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 764.66 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 943.53 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 82.66 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 437.78 | 721.00 | 721.00 | 721.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 1,147.00 | 1,147.00 | 1,147.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 289.92 | 289.92 | 34.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 4,404.25 | 4,404.25 | 528.51 | 0.00 |
| LOAN EXPRESS CO | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL SPECIALISTS PC | Unsecured | 215.15 | 255.15 | 255.15 | 30.62 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 189.24 | NA | NA | 0.00 | 0.00 |
| MICHAEL A WOOD DPMPC | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 374.59 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NETSPEND INC | Unsecured | 91.07 | NA | NA | 0.00 | 0.00 |
| NORTHERN INDIANA REGION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 12.46 | NA | NA | 0.00 | 0.00 |
| PATRICK PONTEE MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 894.52 | 894.52 | 894.52 | 107.34 | 0.00 |
| SPEEDY CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 47.05 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 14.83 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 12.96 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 19.26 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 560.54 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 943.61 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 74.25 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 25.41 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 19.44 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 23.40 | NA | NA | 0.00 | 0.00 |
| TALRO AUTO INSURANCE AGENCY | Unsecured | 122.16 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 209.82 | NA | NA | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 821.99 | 1,216.97 | 1,216.97 | 146.04 | 0.00 |
| UNITED CASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,243.95 | $9,829.55 | $1,605.43 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,243.95** | **$9,829.55** | **$1,605.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,868.00 | $1,868.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,868.00** | **$1,868.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,973.32** | **$1,076.80** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,344.33 |
| Disbursements to Creditors | $14,379.78 |
| **TOTAL DISBURSEMENTS** : | **$18,724.11** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/12/2015                          By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**